IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT JAMES CODDINGTON,

    Petitioner,               No. CIV-S-01-1290 MCE GGH P

    vs.

JEANNE WOODFORD,              **DEATH PENALTY CASE**

    Respondent.            <u>ORDER</u>

_____/

    An enormously lengthy amended petition has been filed in the above referenced case subsequent to an exhaustion proceeding before the California Supreme Court. As scheduling this case cannot proceed in the absence of the parties' input, the undersigned requires the parties to appear at a scheduling conference on July 19, 2005 at 10:00 a.m.

    The parties shall file a joint statement by July 13, 2005 addressing the following issues:

    1. Any lingering exhaustion questions;

    2. The adjudication of defenses prior to, or along with, the filing of a complete answer;

    3. Filing of the answer;

\\\\\

1

4. Identification of those claims for which there is no dispute as to the necessity of an evidentiary hearing;

5. Necessity of, and scheduling of, discovery;

6. Use of pre-hearing motions to grant, narrow or eliminate claims;

7. Any other matters the parties desire to bring to the court's attention.

A joint statement shall be filed as to all issues even though counsel may not be able to agree on all issues. As to points of disagreement, counsel shall separately describe their positions in the joint statement.

Petitioner shall be prepared to discuss budget matters at an ex parte session to be held after the scheduling conference.

The court will set a realistic, but nevertheless arduous, schedule.

DATED: 6/10/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
codd1290.sch

2