BRUCE ERIC COHEN, State Bar No. 87544
101 Second Street, Suite 600
San Francisco, CA 94105
Tel.: (415) 495-0500; Fax: (415) 495-5616

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender
JENNIFER MANN, State Bar No. 215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Tel.: (916) 498-6666; Fax: (916) 498-6656

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON, | Case No.: CIV S 01-1290 MCE GGH P |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **ORDER GRANTING PETITIONER'S REQUEST FOR 30-DAY EXTENSION OF TIME FOR FILING DISCOVERY MOTION** |
| VINCE CULLEN, Acting Warden of the California State Prison at San Quentin, | |
| Respondent. | |

For good cause shown, **IT IS HEREBY ORDERED** that the time for filing petitioner's

motion for discovery is extended to December 15, 2010.  Respondent's reply is due 60 days after

the motion is filed.


DATED:  November  9, 2010.

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

coddington.eot