IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT JAMES CODDINGTON,

    Petitioner,

vs.

VINCENT CULLEN, Acting Warden.

    Respondent.

NO. CIV-S-01-1290 MCE GGH DP

**DEATH PENALTY CASE**

<u>ORDER</u>

The budget for Phase II submitted by petitioner's counsel Bruce Cohen on October 21, 2010, appears entirely reasonable and is approved at the district court level.

The Clerk shall serve a copy of this order on Sandy Andrews at the Ninth Circuit Executive Office. This order is unsealed but the proposed budget shall remain sealed.

DATED: 12/15/2010

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

codd1290.budgetII