BRUCE ERIC COHEN, State Bar No. 87544
101 Second Street, Suite 600
San Francisco, CA 94105
Tel.: (415) 495-0500; Fax: (415) 495-5616

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender
JENNIFER MANN, State Bar No. 215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Tel.: (916) 498-6666; Fax: (916) 498-6656

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>Petitioner,<br><br>vs.<br><br>VINCE CULLEN, Acting Warden of the California State Prison at San Quentin,<br><br>Respondent. | Case No.: CIV S 01-1290 KJM GGH P<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR 14-DAY EXTENSION OF TIME FOR FILING MUTUALLY AGREED UPON PROTECTIVE ORDER** |

For good cause shown, **IT IS HEREBY ORDERED** that the time for filing the "mutually agreed upon protective order" that is the subject of the Court's order of December 22, 2010 (Doc. 109), is extended to January 19, 2011.

DATED: January 20, 2011

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
United States Magistrate Judge

Codd1290.eot