BRUCE ERIC COHEN, Bar No. 87544
101 Second Street, Suite 600
San Francisco, California 94105
Telephone: (415) 495-0500
Facsimile: (415) 495-5616
E-mail: bcohen@capsf.org

DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
JENNIFER MANN, Bar No. 215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT J. CODDINGTON, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> VINCENT CULLEN, Acting Warden of ) <br> the California State Prison at San Quentin, ) <br> ) <br> Respondent. ) <br> _____ ) | No. 2:01:cv-01290-KJM-GGH <br><br> **DEATH PENALTY CASE** <br><br> **PROTECTIVE ORDER** |

On December 21, 2010, Petitioner filed a motion for discovery (Doc. 107) and a supplemental motion for discovery (Doc. 110). Petitioner requested that the supplemental discovery motion be filed under seal (Doc. 108).

On December 22, 2010, this Court granted the request, ordering that Petitioner's supplemental discovery motion and Exhibits 103 and 104 in support of that motion be filed under seal. Doc. 109. In that order, the Court directed the parties to file a "mutually agreed upon protective order precluding dissemination from all except those with a need-to-know in this case, or use of the documents to be sealed in matters outside the needs of this case." This is that order.

1   Exhibits 103 and 104 are subject to a protective order entered by the Superior Court
2 of El Dorado County on August 3, 2005.  That order provides that, " . . . regarding Juror [  ][1], any
3 material disclosed by the District Attorney shall be subject to a protective order limiting disclosure
4 to petitioner's attorneys, petitioner's attorney's staff, and experts for purposes connected with this
5 litigation only, which shall include, but is not limited to, federal and state petitions for writ of
6 habeas corpus."
7   The supplemental discovery motion and Exhibits 103 and 104 relate to Petitioner's
8 claim 160(a) of his first amended federal petition (Doc. 59).  In that claim, which is publicly filed,
9 Petitioner reveals the identity of the juror at issue in the claim and core facts regarding the claim of
10 juror misconduct, which are repeated in the supplemental discovery motion and in Exhibits 103 and
11 104.  The identity of the juror and the core facts of the claim were publicly filed in the state habeas
12 petition, the informal response, and the reply to the informal response in the California Supreme
13 Court, No. S107502.  The parties agree that it would be cumbersome and difficult to brief claim
14 160(a) if only those specific facts and allegations in the supplemental discovery motion and its
15 exhibits must be filed under seal, but those facts already in the public arena must be filed publicly,
16 requiring two briefs – one public and one under seal – each time the parties brief claim 160(a).  The
17 parties agree that, at least until dispositive briefing, all briefing regarding claim 160(a) should be
18 filed under seal.
19   The following procedures will apply to briefing in non-dispositive proceedings.  As
20 this Court made clear in its December 22, 2010, order, should either party seek to file under seal in
21 potentially dispositive proceedings the information contained in Petitioner's supplemental
22 discovery motion and Exhibits 103 and 104, the party seeking to maintain confidentiality of the
23 information must demonstrate compelling reasons to do so.  Order dated December 22, 2010, at 2-3
24 (Doc. 109).
25   Therefore, it is hereby ORDERED that the parties file all non-dispositive briefing
26 related to Claim 160(a) under seal.
27
28   1. The juror's last name is included in the state court order but omitted here.

Petitioner's Proposed Protective Order        No. 2:01:cv-01290-MCE-GGH        Page 2

Dated: January 18, 2011

                                                  Respectfully submitted,

KAMALA D. HARRIS                        BRUCE ERIC COHEN
Attorney General of California

                                                  DANIEL J. BRODERICK
                                                  Federal Defender

/s/ Christina Hitomi Simpson (approved 1/18/11)
CHRISTINA HITOMI SIMPSON
Deputy Attorney General

Attorneys for Respondent                   /s/ Jennifer Mann
                                                  JENNIFER MANN
                                                  Assistant Federal Defender

                                                  Attorneys for Petitioner
                                                 HERBERT J. CODDINGTON

DATED: January 20, 2011

                                             /s/ Gregory G. Hollows
                                             GREGORY G. HOLLOWS
                                             United States Magistrate Judge

coddington.po