BRUCE ERIC COHEN, State Bar No. 87544
101 Second Street, Suite 600
San Francisco, California  94105
Telephone:  (415) 495-0500
Facsimile:  (415) 495-5616

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender
JENNIFER MANN, State Bar #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile:  (916) 498-6656
jennifer_mann@fd.org

Attorneys for Petitioner
HERBERT JAMES CODDINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON, | NO. 2:01-cv-01290-KJM-GGH |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | |
| VINCENT CULLEN, Acting Warden, California State Prison -- San Quentin, | ORDER GRANTING PETITIONER'S REQUEST TO DEFER FURTHER PROCEDURAL DEFAULT BRIEF PENDING ISSUANCE OF OPINION IN *WALKER v. MARTIN* |
| Respondent. | |

For good cause shown, IT IS HEREBY ORDERED that further briefing regarding procedural default is deferred pending the issuance of the United States Supreme Court decision in *Walker v. Martin*, No. 09-996.

Petitioner's procedural default brief shall be filed within thirty (30) days after the *Martin* decision is issued.  Respondent's reply is due thirty (30) days after Petitioner's brief is filed.

\\\\\

[Proposed] Order Deferring Further
Proc. Default Briefing Pending Issuance
Of *Walker v. Martin*                                    *Coddington v. Cullen*, No. 2:01-cv-01290-KJM-GGH

Dated: February 8, 2010

                                /s/ Gregory G. Hollows

                                _____
                                GREGORY G. HOLLOWS
                                United States Magistrate Judge

coddington.ord