IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT JAMES CODDINGTON,

    Petitioner,

vs.

VINCE CULLEN, Acting Warden,

    Respondent.

No. CIV S-01-1290 KJM GGH DP

**DEATH PENALTY CASE**

ORDER

        Presently pending is petitioner's motion for discovery, part of which was filed under seal. Docs. 107, 110. Respondent timely filed an opposition and a hearing was held before the undersigned on March 24, 2011. Appearing for petitioner was Jennifer Mann and Bruce Cohen.[1] Appearing for respondent was Christina Simpson and Eric Christoffersen.

        On April 4, 2011, the Supreme Court decided Cullen v. Pinholster, 131 S.Ct. 1388, 2011 WL 1225705 (2011), that relates to the instant case. Within 14 days, both parties shall file simultaneous briefing regarding Cullen and its application to the discovery requests. The parties should address all issues that were raised in the instant discovery motion including the juror claim.

---

[1] Mr. Cohen appeared by phone.

1

On April 14, 2011, the parties filed a stipulation regarding respondent's discovery requests and a proposed protective order. The court will reserve judgment on the stipulation and proposed protective order until the above briefing has been filed.

Accordingly, IT IS HEREBY ORDERED that within 14 days, both parties shall file simultaneous briefing regarding Cullen.

DATED: April 19, 2011

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
codd1290.ord.DP