BRUCE ERIC COHEN, Bar No. 87544
101 Second Street, Suite 600
San Francisco, California 94105
Telephone: (415) 495-0500
Facsimile: (415) 495-5616
E-mail: bcohen@capsf.org

DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
JENNIFER MANN, Bar No. 215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br>　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL MARTEL, Acting Warden,<br>　　　　San Quentin State Prison,<br><br>　　　　Respondent. | NO. 2:01:cv-01290-KJM-GGH<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENT |

GOOD CAUSE APPEARING, the following document shall be filed and maintained under seal until further order of this Court:

　　Petitioner's Supplemental Brief in Response to Court's Order (Doc. 133) of April 20, 2011.

　　IT IS SO ORDERED.

DATED: May 4, 2011　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

codd1290.seal