BRUCE ERIC COHEN, Bar No. 87544
101 Second Street, Suite 600
San Francisco, California 94105
Telephone: (415) 495-0500
Facsimile: (415) 495-5616
E-mail: bcohen@capsf.org

DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
JENNIFER MANN, Bar No. 215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br>　　　　Petitioner,<br><br>vs.<br><br>MICHAEL MARTEL, Acting Warden,<br>　　　　San Quentin State Prison,<br><br>　　　　Respondent. | NO. 2:01:cv-01290-KJM-GGH<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S REQUEST TO FILE CORRECTED SUPPLEMENTAL BRIEF UNDER SEAL |

GOOD CAUSE APPEARING, Petitioner may submit a corrected supplemental brief to replace the supplemental brief he submitted for filing on May 4, 2011.

The corrected supplemental brief shall be filed and maintained under seal until further order of this Court:

IT IS SO ORDERED.

DATED: May 9, 2011　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

codd1290.corr

[Proposed] Order Granting
Pet'r's Req. to File Corrected
Suppl. Brief Under Seal　　　　　　　　　　　　*Coddington v. Martel*, 2:01-cv-01290-KJM-GGH