BRUCE ERIC COHEN, State Bar No. 87544
101 Second Street, Suite 600
San Francisco, California 94105
Telephone: (415) 495-0500
Facsimile: (415) 495-5616

DANIEL J. BRODERICK, State Bar No. 89424
Federal Defender
JENNIFER MANN, State Bar #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Facsimile: (916) 498-6656
jennifer_mann@fd.org

Attorneys for Petitioner
HERBERT JAMES CODDINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL MARTEL, Acting Warden, California State Prison -- San Quentin,<br><br>        Respondent. | NO. 2:01-cv-01290-KJM-GGH<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME IN WHICH TO FILE FOR RECONSIDERATION BY THE DISTRICT COURT OF MAGISTRATE JUDGE'S RULING |

For good cause shown, IT IS HEREBY ORDERED that Petitioner's request for an extension of time in which to file for reconsideration by the District Judge of the Magistrate Judge's May 27, 2011 order is GRANTED.

/////

/////

/////

1  Petitioner's request for reconsideration shall be filed on or before July 1, 2011.

3  Dated: June 3, 2011

4  /s/ Gregory G. Hollows

5  GREGORY G. HOLLOWS
   United States Magistrate Judge