IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT JAMES CODDINGTON,** | Case No. 2:01-cv-01290 KJM GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL MARTEL, Warden of the California State Prison at San Quentin,** | |
| Respondent. | |

Respondent has requested a continuance of the hearing currently set for September 20, 2011, to October 11, 2011. Petitioner does not oppose.

Good cause appearing, IT IS SO ORDERED that the hearing regarding Petitioner's motion for reconsideration of the Magistrate Judge's order regarding the impact of *Cullen v. Pinholster* on these proceedings (Docket No. 150) be continued to October 11, 2011, at 2:00 p.m.

Dated: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE