IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HERBERT JAMES CODDINGTON,

    Petitioner,               No. CIV S-01-1290 KJM GGH DP

    vs.                        **DEATH PENALTY CASE**

VINCE CULLEN, Acting Warden,

    Respondent.           ORDER

_____/

      A hearing was held before the undersigned on December 1, 2011, regarding petitioner's motion to strike and for a more definite statement.  Doc. 175.  The motion is granted in that first amended answer shall be struck and respondent will file an amended answer by March 16, 2012, and petitioner will file a reply by June 18, 2012.

      Accordingly, IT IS HEREBY ORDERED that the motion to strike (Doc. 175) is granted, and the first amended answer (Doc. 173) is struck and respondent will file an amended answer by March 16, 2012, and petitioner will file a reply by June 18, 2012.

DATED: December 1, 2011

                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

codd1290.ord2