HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
JENNIFER MANN, State Bar #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   (916) 498-6666
Facsimile:    (916) 498-6656
E-mail:         jennifer_mann@fd.org

Attorneys for Petitioner
HERBERT JAMES CODDINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>          Petitioner,<br>    v.<br><br>KEVIN CHAPPELL, Warden, California<br>    State Prison -- San Quentin,<br><br>          Respondent. | NO. 2:01-cv-01290-KJM-CKD<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR MODIFICATION OF SCHEDULING ORDER |

   For good cause shown, IT IS HEREBY ORDERED that Petitioner's unopposed request for modification of the scheduling order is GRANTED.

   Petitioner's traverse shall be filed on or before December 20, 2013.

Dated: August 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Order Granting Pet'r's
Req. For Mod. Of Sched. Order            *Coddington v. Chappell*, No. 2:01-cv-01290-KJM-CKD