HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner
HERBERT JAMES CODDINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden of San Quentin State Prison,<br><br>Respondent. | Case No. 2:01-cv-1290-KJM-CKD<br><br>**DEATH PENALTY CASE**<br><br>ORDER |

Petitioner seeks an order granting leave to file under seal a declaration in support of his request for an extension of time in which to file the traverse. The Court, being fully informed in the matter, finds the request is supported by GOOD CAUSE and should be GRANTED.

Petitioner's counsel may file a declaration under seal in support of Petitioner's request for an extension of time to file the traverse.

IT IS SO ORDERED.

Dated: April 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE