HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: 916/498-6666
Facsimile: 916/498-6656
E-mail: jennifer_mann@fd.org

Attorneys for Petitioner
HERBERT JAMES CODDINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| HERBERT JAMES CODDINGTON, | Case No. 2:01-cv-1290-KJM-CKD |
|---|---|
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | ORDER |
| KEVIN CHAPPELL, Warden of San Quentin State Prison, | |
| Respondent. | |

Petitioner seeks a 90-day extension of time to file his traverse to Respondent's amended answer. Petitioner's traverse is due April 21, 2014. His counsel states the complexity of the case and counsel's absences from work make the extension necessary. Respondent does not oppose the request. The Court, being fully informed in the matter, finds the request (ECF No. 202) is supported by GOOD CAUSE and is GRANTED.

Petitioner shall file his traverse no later than July 21, 2014.

IT IS SO ORDERED.

Dated: April 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE