1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HERBERT JAMES CODDINGTON,              No.  2:01-cv-01290 KJM CKD

12              Petitioner,                 DEATH PENALTY CASE

13         v.

14   WARDEN, San Quentin State Prison,      ORDER

15              Respondent.

16

17         Petitioner filed a traverse on October 20, 2014.  The court intends the next step in these

18   proceedings to be resolution of the issues raised by the application of 28 U.S.C. § 2254(d) to

19   petitioner's claims.  Within twenty days of the filed date of this order, the parties shall file a joint

20   statement explaining whether the section 2254(d) issues have been adequately briefed in the

21   pleadings.  If the parties feel they have not, they shall propose a briefing schedule.

22   Dated:  October 27, 2014

23                                          _____
                                            CAROLYN K. DELANEY
24                                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28   Coddington 2254d sch.or

                                               1