1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

HERBERT JAMES CODDINGTON,

No.  2:01-cv-01290 KJM CKD

12

Petitioner,

DEATH PENALTY CASE

13

v.

14

WARDEN, San Quentin State Prison,

ORDER

15

Respondent.

16

17

Petitioner filed a notification pursuant to Local Rule 191(h)(2) that respondent failed to

18

lodge some portions of the state court record.  (ECF No. 213.)  Within twenty days of the filed

19

date of this order, respondent shall lodge the documents identified by petitioner as missing or

20

explain why he is unable to do so and shall file a notice of lodging listing the documents lodged.

21

IT IS SO ORDERED.

22

Dated:  November 23, 2015

23

_____

CAROLYN K. DELANEY

24

UNITED STATES MAGISTRATE JUDGE

25

26

27

Coddington lodg doc supp.or

28