UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, San Quentin State Prison,<br><br>Respondent. | No.  2:01-cv-01290 KJM CKD<br><br>**DEATH PENALTY CASE**<br><br><br>ORDER |

      The Court is in receipt of documents lodged in this case on July 17, 2002 (ECF No. 25); October 15, 2002 (ECF No. 41); October 21, 2002 (ECF No. 43); July 24, 2003 (ECF No. 51); February 9, 2015 (ECF No. 212); January 11, 2016 (ECF No. 220); and January 27, 2016 (ECF No. 221). Local Rule 191(h)(1) requires that respondent, inter alia, lodge with the Court "petitioner's and respondent's briefs in any state court habeas corpus proceedings," mark and number all lodged documents so that they can be uniformly cited, and file an index of lodged material. Review of the documents lodged in this Court reveals that the following briefs from state habeas corpus proceedings have not been lodged: Respondent's Informal Response, filed in the California Supreme Court on October 27, 2000 in case number S085976; and Petitioner's Reply to the Informal Response, filed in the California Supreme Court on April 25, 2001 in case number S085976. Additionally, while the parties have filed indices at each instance of lodging, the lodged materials have not been "numbered so that they can be uniformly cited," see Local

Rule 191(h)(1), and no index of all lodged material has been filed.

Accordingly, within thirty days of the date of this order, respondent shall:

1) Lodge Respondent's Informal Response, filed in the California Supreme Court on October 27, 2000 in In re Coddington, case number S085976;

2) Lodge Petitioner's Reply to the Informal Response, filed in the California Supreme Court on April 25, 2001 in In re Coddington, case number S085976; and

3) File an index that accounts for all materials lodged in the instant case, including those referenced in the instant order, and numbers those materials in a manner that permits them to be uniformly cited.

IT IS SO ORDERED.

Dated:  November 10, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

22/codd1290.MO.missinglodgdocs