IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT JAMES CODDINGTON,**<br><br>                              Petitioner,<br><br>        v.<br><br>**MICHAEL MARTEL, Warden of the California State Prison at San Quentin,**<br><br>                              Respondent. | Case No. 2:01-cv-01290 KJM CKD<br><br>**ORDER**<br><br>**DEATH PENALTY CASE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for the parties to file objections to the findings and recommendations filed on May 3, 2023, is extended by 90 days to and including January 29, 2024.

Dated: October 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE