# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br>Petitioner,<br><br>vs.<br><br>RON BROOMFIELD, Warden of the California State Prison at San Quentin, *et al.*<br><br>Respondent. | Case No.: 2:01-cv-01290 KJM CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the time for the parties to file objections to the findings and recommendations filed on May 3, 2023, is extended by 91 days, to and including April 29, 2024.

Dated: January 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE