UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br>  Petitioner,<br>vs.<br>CHANCE ANDES, Acting Warden of the California State Prison at San Quentin,<br>  Respondent. | Case No.: 2:01-cv-01290 KJM CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE RESPONDENT** |

 Before the Court is a motion brought by petitioner Herbert J. Coddington to substitute Gena Jones, the Warden of the California Health Care Facility, as Respondent in place of Chance Andes, the Acting Warden of San Quentin State Prison.  Mr. Coddington's counsel aver that the California Department of Corrections and Rehabilitation transferred Mr. Coddington from the custody of the Acting Warden of San Quentin State Prison to the custody of Warden Jones at the California Health Care Facility.

 Petitioner's counsel represent that Respondent's counsel, Deputy Attorney General Eric L. Christoffersen, does not oppose the motion.

 The Court finds good cause to grant Petitioner's motion.  Accordingly, pursuant to 28 U.S.C. § 2242, Federal Rule of Civil Procedure 25 and Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts, Gena Jones, Warden at the California Health

Care Facility is substituted as Respondent for Chance Andes, Acting Warden at San Quentin State Prison.

Dated:  May 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE