IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT JAMES CODDINGTON,**<br><br>                              Petitioner,<br><br>     v.<br><br>**GENA JONES, Warden at California Health Care Facility,**<br><br>                              Respondent. | Case No. 2:01-cv-01290 KJM CKD<br><br>**ORDER** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the time for the parties to file objections to the findings and recommendations filed on May 3, 2023, is extended by 45 days, to and including September 12, 2024.

Dated: July 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/codd1290.eotfrs