# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>Petitioner,<br><br>vs.<br><br>GENA JONES, Warden of the California Health Care Facility,<br><br>Respondent. | Case No.: 2:01-cv-01290 KJM CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the time for the parties to file responses to their respective objections filed on November 27, 2024, is extended by 60 days, from December 11, 2024, up to and including February 9, 2025.

Dated:   December 9, 2024

_____
SENIOR UNITED STATES DISTRICT JUDGE