UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>    Petitioner,<br><br>  vs.<br><br>GENA JONES, Warden of the California Health Care Facility,<br><br>    Respondent. | Case No.: 2:01-cv-01290 KJM CKD<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>ORDER |

Upon good cause appearing, **IT IS HEREBY ORDERED** that the time for the parties to file responses to their respective objections filed on November 27, 2024, is extended by 60 days, from April 10, 2025, up to and including June 9, 2025.

DATED:  March 27, 2025.

_____
UNITED STATES DISTRICT JUDGE