IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT JAMES CODDINGTON,** | Case No. 2:01-cv-01290 KJM CKD |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | ORDER |
| **GENA JONES, Warden at California Health Care Facility,** | |
| Respondent. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the time for the parties to file responses to their respective objections filed on November 27, 2024, is extended by 60 days, from June 9, 2025, up to and including August 8, 2025.

Dated: June 4, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE