IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT JAMES CODDINGTON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>GENA JONES, Warden of the California Health Care Facility,<br><br>　　　　Respondent. | Case No.: 2:01-cv-01290 KJM CKD<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the time for the parties to file responses to their respective objections filed on November 27, 2024, ECF Nos. 243–244, is extended by 60 days, from August 8, 2025, up to and including October 7, 2025.

DATED: July 30, 2025.

_____
UNITED STATES DISTRICT JUDGE

-1-